USDC IN/ND case 1:21-cv-00152-DRL-SLC document 4 filed 12/30/20 page 1 of 4

02D09-2012-CT-000636
Filed: 12/30/2020 4:29 PM
Clerk
Allen Superior Court 8
Allen County, Indiana
JS

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ALLEN SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF ALLEN | ) | CAUSE NO. |

| | |
|---|---|
| APRIL ZENT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MENARD, INC d/b/a MENARDS and EARL T. CARTER, | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT FOR DAMAGES

### COUNT I

Plaintiff, April Zent, for her first claim for relief states:

1. On June 30, 2019, Plaintiff, April Zent, was on the premises of Defendant, Menard, Inc. d/b/a Menards (hereinafter known as "Menards") Located at 7702 Southtown Crossing, Fort Wayne, Allen County, Indiana, when Plaintiff, April Zent, slipped on plastic and fell in the brass fittings isle.

2. The injuries and damages were the responsible result of the carelessness and negligence of the store manager, Earl T. Carter, and agents and/or employees of Defendant, Menards, by failing to properly inspect and maintain its property in a safe condition and warn of this dangerous condition.

3. Defendants, Menards and Earl T. Carter, are vicariously liable

for the careless and negligent acts of their agents and/or employees while they were in the course and /or scope of their agency and/or employment at the time of the fall.

4. As a result of the fall, Plaintiff, April Zent, sustained physical injuries which may be permanent and suffered and continues to suffer physical pain.

5. As a further result of the fall, Plaintiff, April Zent, incurred hospital and medical expenses, lost wages, and may incur such expenses and losses in the future, as well as the loss of a whole and useful life.

WHEREFORE, Plaintiff, April Zent, demands judgment against Defendants, Menards and Earl T. Carter, in an amount that will reasonably compensate her for the injuries and damages that she sustained, for the costs of this action, for all other just and proper relief in the premises, and for trial by jury.

## COUNT II

Plaintiff, April Zent, for her second claim for relief states:

1. Plaintiff, April Zent, reallege rhetorical paragraphs 1 through and including 5 of Count I of this Complaint for Damages as if fully set forth herein and by reference makes them a part of this Count II.

2. On June 30, 2019, Plaintiff, Defendant, Earl T. Carter, was the store manager at the Menards located at 7702 Southtown Crossing, in Fort Wayne, Alen

County, Indiana.

3. The injuries and damages sustained were the responsible result of the carelessness and negligence of Defendant, Earl T. Carter, for failing to properly hire, train, and supervise Menard's employees, failing to have and/or implement proper safety policies and procedures and for failing to properly inspect and maintain the property in a safe condition.

WHEREFORE, Plaintiff, April Zent, demands judgment against Defendant, Earl T. Carter, in an amount that will reasonably compensate them for the injuries and damages sustained, for the costs of this action, for all other just and proper relief in the premises, and for trial by jury.

*/s/ David Singleton*

David Singleton (32758-49)
Tom Blackburn   (2761-71)
Attorneys for Plaintiff
BLACKBURN & GREEN
4203 W. Jefferson Blvd.
Fort Wayne, IN 46804
Telephone: (260) 422-4400

02D09-2012-CT-000636

Filed: 12/30/2020 4:29 PM
Clerk
Allen County, Indiana

USDC IN/ND case 1:21-cv-00152-DRL-SLC document 4   filed 12/30/20   page 4 of 4

Allen Superior Court 8

JS

| STATE OF INDIANA | ) | IN THE ALLEN SUPERIOR COURT |
| --- | --- | --- |
|  | ) SS: |  |
| COUNTY OF ALLEN | ) | CAUSE NO. |

APRIL ZENT,                              )
                                         )
          Plaintiff,                     )
                                         )
vs.                                      )
                                         )
MENARD, INC d/b/a MENARDS                )
and EARL T. CARTER,                      )
                                         )
          Defendants.                    )

## JURY DEMAND

Comes now Plaintiff, April Zent, by counsel, and demands trial by jury.

_____
David Singleton (32758-49)
Tom Blackburn  (2761-71)
Attorneys for Plaintiff
BLACKBURN & GREEN
4203 W. Jefferson Blvd.
Fort Wayne, IN 46804
Telephone: (260) 422-4400